# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NUCP TURLOCK, LLC,<br><br>    Appellant,<br><br>    v.<br><br>MI PUEBLO SAN JOSE, INC., et al.,<br><br>    Appellees,<br>------------------------------------------------------<br>NUCP TURLOCK, LLC,<br><br>    Appellant,<br><br>    v.<br><br>MI PUEBLO SAN JOSE, INC., et al.,<br><br>    Appellees,<br>------------------------------------------------------<br>NUCP TURLOCK, LLC,<br><br>    Appellant,<br><br>    v.<br><br>MI PUEBLO SAN JOSE, INC., et al.,<br><br>    Appellees. | Case No. 14-cv-02700-BLF<br><br><br><br><br><br>Case No. 14-cv-02706-BLF<br><br><br><br><br><br>Case No. 14-cv-02810-BLF<br><br><br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE SUPPLEMENTAL BRIEFS IN SUPPORT OF MOTIONS TO DISMISS** |

In all three of the above-captioned cases, Appellees have filed motions for leave to file supplemental briefs addressing recent Ninth Circuit decisions in support of their motions to dismiss the pending appeals. No opposition to the motions for leave having been filed, and good cause having been shown, the motions for leave to file supplemental briefs are GRANTED. The

supplemental briefs shall be filed separately in each of the three above-captioned cases within five days after the date of this order.  Appellants may file any response briefs on or before December 19, 2014.

**IT IS SO ORDERED.**

Dated:  November 25, 2014

_____
BETH LABSON FREEMAN
United States District Judge