**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN JOSE DIVISION)**

| | |
|---|---|
| In re:<br><br>MI PUEBLO, LLC (f/k/a Mi Pueblo San Jose, Inc.),<br><br>            Debtor.<br><br>NUCP TURLOCK, LLC,<br><br>            Appellants,<br>vs.<br><br>MI PUEBLO SAN JOSE, INC.; JUVENAL CHAVEZ; THE CHAVEZ FAMILY LIVING TRUST; MARIA CHAVEZ; JUVENAL CHAVEZ JR.; EDGAR CHAVEZ; ENRIQUE CHAVEZ; AND CHA CHA ENTERPRISES, LLC,<br><br>            Appellees. | **Case. No: 14-2706**<br><br>~~PROPOSED~~ **ORDER GRANTING APPELLANT'S REQUEST FOR DISMISSAL OF APPEAL** |

1

Appellant NUCP Turlock, LLC and Appellees have reached a settlement. In light of the settlement, Appellant NUCP Turlock's request for dismissal of its appeal with prejudice is GRANTED, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated:

_____
BETH LABSON FREEMAN
United States District Judge